EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| Ex parte:<br><br><br>María del Carmen López Castro | 2019 TSPR 223<br><br>203 DPR _____ |

Número del Caso:  TS-13,281


Fecha:  21 de noviembre de 2019


Abogado de la parte peticionaria:

      Lcdo. Víctor Pizarro Figueroa


Materia:  Reinstalación al ejercicio de la abogacía.


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*Ex parte:*

María del Carmen López Castro          TS-13,281

RESOLUCIÓN

En San Juan, Puerto Rico, a 21 de noviembre de 2019.

Atendida la *Moción en cumplimiento de orden e informativa* presentada por la Sra. María del Carmen López Castro, **se autoriza** su reinstalación al ejercicio de la abogacía. En cuanto a su solicitud de reinstalación a la notaría, se provee **no ha lugar**.

Publíquese.

Lo acordó el Tribunal y lo certifica el Secretario del Tribunal Supremo.


                    José Ignacio Campos Pérez
                  Secretario del Tribunal Supremo